# UNITED STATES BANKRUPTCY COURT
## Eastern District Of Virginia - Alexandria

IN RE:

D & J Excavating, Inc.                               Case No.   09-10734-SSM

Debtor(s)                                            Chapter 11


## Mack Financial Services
## REQUEST FOR NOTICES AND PLEADINGS

---

PLEASE TAKE NOTICE that the undersigned, Teresa Davidson, pursuant to Rules 2002 (g) and 9007 of the Federal Rules of Bankruptcy Procedures (hereinafter "Bankruptcy Rules"), requests that service be made on the undersigned of all orders, notices and other pleadings of any nature, including but not limited to, adversary proceedings, filed in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telex, telecopier or otherwise which affect or seek to affect in any way the rights or interests of Mack Financial Services with respect to the above-captioned debtor.

Please mail all notices and other documents required to be served upon creditors to the undersigned at the following address:

> Teresa Davidson
> bankrutpcygroup@vfsco.com
> Mack Financial Services
> 7025 Albert Pick Road, Suite 105 (27409)
> P.O. Box 26131
> Greensboro, NC  27402

This  2/4/2009

                                                   /s/Teresa Davidson
                                                Teresa Davidson
                                                Attorney for  Mack Financial Services
                                                336-931-4246

# UNITED STATES BANKRUPTCY COURT
## Eastern District Of Virginia - Alexandria

IN RE:

D & J Excavating, Inc.  Case No.  09-10734-SSM

Debtor(s)  Chapter 11

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** was served upon the following parties by mailing such copy by first class mail, postage prepaid mail, addresses as follows:

**ADDRESSEES:**

| | |
|---|---|
| THOMAS DUNLAP<br>199 LIBERTY ST SW<br>LEESBURG, VA 20175-2715 | McDow, Jr., W. Clarkson<br>Office of the U.S. Trustee<br>115 South Union Street<br>Alexandria, Virginia 22314 |

This 2/4/2009

/s/Teresa Davidson

Teresa Davidson
bankrutpcygroup@vfsco.com
Arizona State Bar No. 009664
Attorney for Mack Financial Services